**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Julio Iglesias, | ) | No. CV 11-01891-PHX-FJM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| The City of Goodyear, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    We have before us plaintiff's counsel's renewed motion to withdraw as counsel for plaintiff (doc. 98) and defendant's response (doc. 99). Plaintiff did not reply.

    Plaintiff's counsel's renewed motion to withdraw is premature. In a previous order (doc. 97), we denied plaintiff's counsel's motion to withdraw (doc. 87) noting that plaintiff would be prejudiced if his lawyer withdraws while the response to the motion for summary judgment is pending. We advised plaintiff's counsel that he could file a renewed motion to withdraw along with his response to the pending motion. Because plaintiff's counsel has not filed a response to the motion for summary judgment, we will not consider the renewed motion to withdraw at this time.

    IT IS ORDERED DENYING plaintiff's counsel's renewed motion to withdraw (doc. 98). Counsel may file a renewed motion to withdraw concurrently with his response to the motion for summary judgment.

    DATED this 29th day of October, 2012.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge